G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030
F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff
AUDREY BORNER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY BORNER,<br><br>      Plaintiff,<br><br>SUNRISE CREDIT SERVICES, INC.;<br>DOES 1 – 10, inclusive.<br><br>      Defendants. | Case No.: 13-cv-01133-BRO-DTB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41a(1), Plaintiff, AUDREY BORNER, by and through her attorneys, hereby voluntarily dismisses the above-entitled case with prejudice.

                                             RESPECTFULLY SUBMITTED,

DATED: November 12, 2013          By: /s/ G. Thomas Martin, III
                                                  G. Thomas Martin, III